# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-113-RLV-DCK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE, and JESSE W. HORTON JR., INDIVIDUALLY, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' counsel's "Motion To Withdraw As Counsel" (Document No. 4) filed August 28, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned notes that the pending motion does not indicate that the requirement of consultation has been met regarding opposing counsel, or whether Defendants consent to the relief requested. As such, Plaintiff's counsel and the Defendants will be required to file a response with the Court that either consents to the pending "Motion To Withdraw…" (Document No. 4), or shows good cause why it should not be granted.

**IT IS, THEREFORE, ORDERED** that Defendants and Plaintiff's counsel shall file a response to the pending "Motion To Withdraw As Counsel" (Document No. 4) on or before **September 9, 2013**. Failure to respond and **SHOW CAUSE** why this motion should not be granted will likely lead to the requested relief being allowed.

<u>The Clerk of Court is directed to serve a copy of this Order on Defendants at the address provided in Document No. 4 by certified U.S. mail, return receipt requested</u>.

**SO ORDERED**.

Signed: August 29, 2013

David C. Keesler
United States Magistrate Judge