IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-113-RLV-DCK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE and JESSE W. HORTON JR., INDIVIDUALLY, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 36) filed by T. Richmond McPherson, III, concerning Robert J. Waddell, Jr. on April 21, 2015. Mr. Robert J. Waddell, Jr. seeks to appear as counsel *pro hac vice* for Plaintiff Federal Deposit Insurance Corporation as Receiver for Parkway Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 36) is **GRANTED.** Robert J. Waddell, Jr. is hereby admitted *pro hac vice* to represent Plaintiff Federal Deposit Insurance Corporation as Receiver for Parkway Bank.

**SO ORDERED**.

Signed: April 21, 2015

_____
David C. Keesler
United States Magistrate Judge