IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-113-RLV-DCK

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION** as Receiver for Parkway Bank, </br></br>**Plaintiff,** </br></br> v. </br></br> **MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE** and **JESSE W. HORTON JR., INDIVIDUALLY,** </br></br> **Defendants.** | ) </br> ) </br> ) </br> ) </br> ) </br> ) **ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Amend Pretrial Order And Case Management Plan To Extend Pretrial Deadlines" (Document No. 42) filed September 11, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Amend Pretrial Order And Case Management Plan To Extend Pretrial Deadlines" (Document No. 42) is **GRANTED**. The case deadlines are amended as follows: Plaintiff's Expert Witness Report(s) – November 5, 2015; Defendants' Expert Witness Report(s) – December 4, 2015; Discovery Completion – January 19, 2016; ADR Report – February 19, 2016; Motions Deadline – February 19, 2016; Trial – July 11, 2016.

Signed: September 11, 2015

David C. Keesler
United States Magistrate Judge