IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-113-RLV-DCK

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION** as Receiver for Parkway Bank, **Plaintiff,** v. **MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE and JESSE W. HORTON JR., INDIVIDUALLY,** **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Proceeding Pending Substitution Of New Plaintiff, Or In The Alternative Motion To Amend Pretrial Order And Case Management Plan To Extend Deadlines" (Document No. 46) filed October 9, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Proceeding Pending Substitution Of New Plaintiff, Or In The Alternative Motion To Amend Pretrial Order And Case Management Plan To Extend Deadlines" (Document No. 46) is **GRANTED**. The case is **STAYED** pending substitution of the new plaintiff in this matter. The parties shall file a Status Report and proposed Scheduling Order on or before **January 8, 2016**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Amend …" (Document No. 44) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: October 13, 2015

David C. Keesler
United States Magistrate Judge