# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-113-RLV-DCK

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION** as Receiver for Parkway Bank, | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE and JESSE W. HORTON JR., INDIVIDUALLY,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Substitute Party" (Document No. 50) filed by Gulf Coast Bank & Trust Company ("Gulf Coast") on January 27, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

By the instant motion, Gulf Coast asserts that it is now the holder of the subject loan documents and the real party in interest in this action and should be substituted for Plaintiff FDIC-R. (Document No. 50). Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Substitute Party" (Document No. 50) is **GRANTED**. The Clerk of Court shall substitute Gulf Coast Bank & Trust Company for Federal Deposit Insurance Corporation, as Plaintiff in this matter.

**SO ORDERED**.

Signed: January 27, 2016

David C. Keesler
United States Magistrate Judge