**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-113-RLV-DCK**

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION** as Receiver for Parkway Bank, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| **MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE and JESSE W. HORTON JR., INDIVIDUALLY,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Change The Sequence Of Expert Witness Deadlines" (Document No. 65) filed May 4, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Change The Sequence Of Expert Witness Deadlines" (Document No. 65) is **GRANTED**. The new deadlines are as follows:

| | |
|---|---|
| Expert report for the party with the burden of proof on an issue (including expert reports by Defendants on the issue of valuation pursuant to N.C. Gen. Stat. § 45-21.36) | **July 15, 2016**; |
| Expert Rebuttal Report | **August 5, 2016**; |
| Discovery Completion | **September 2, 2016**; |
| ADR Deadline | **September 9, 2016**; |

| | |
|---|---|
| Dispositive Motions Due | **September 16, 2016**; and |
| Trial | **October 31, 2016**. |

**SO ORDERED**.

Signed: May 4, 2016

David C. Keesler
United States Magistrate Judge