IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-113-RLV-DCK

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION** as Receiver for Parkway Bank, ) ) ) ) ) **Plaintiff,** ) ) v. ) ) **MINGO TRIBAL PRESERVATION TRUST, JESSE W. HORTON, JR., TRUSTEE and JESSE W. HORTON JR., INDIVIDUALLY,** ) ) ) ) ) **Defendants.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Gary S. Hemric, filed a "Certification Of Mediation Session" (Document No. 74) notifying the Court that the parties reached a settlement on August 30, 2016. The Court commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 30, 2016**.

**SO ORDERED**.

Signed: September 7, 2016

David C. Keesler
United States Magistrate Judge